1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,        )   Case No. 2:17-CR-00006 JAM
                                      )
13                      Plaintiff,    )
                                      )
14        v.                          )
                                      )   **RELATED CASE ORDER**
15   INES S. CROSBY,                  )
                                      )
16                      Defendant.    )
     _____)
     UMPQUA BANK, (and its Successors )   Case No. 2:22-MC-00176 KJM-JDP
17   and Assignees),                  )
                                      )
18                      Garnishee.    )
     _____)
     CORNERSTONE COMMUNITY BANCORP,   )   Case No. 2:22-MC-00177 WBS-CKD
19   (and its Successors and          )
     Assignees),                      )
20                                    )
                        Garnishee.    )
21   _____)

22        Examination of the above-entitled actions reveals that these

23   actions are related within the meaning of Local Rule 123 (E.D. Cal.

24   2005).  Accordingly, the assignment of the matters to the same

25   judge and magistrate judge is likely to affect a substantial

26   savings of judicial effort and is also likely to be convenient for

27   the parties.

28        The parties should be aware that relating the cases under

                                     1

1   Local Rule 123 merely has the result that these actions are

2   assigned to the same judge and magistrate judge; no consolidation

3   of the actions is effected.  Under the regular practice of this

4   court, related cases are generally assigned to the judge and

5   magistrate judge whom the first filed action was assigned.

6        IT IS THEREFORE ORDERED that the actions denominated

7   2:22-MC-00176 KJM-JDP, and 2:22-MC-00177 WBS-CKD, be reassigned to

8   Judge John A. Mendez and Magistrate Judge Kendal J. Newman for all

9   further proceedings, and any dates currently set in the reassigned

10  cases only are hereby VACATED.  Henceforth, the caption on

11  documents filed in the reassigned cases shall be shown as 2:22-MC-

12  00176 JAM-KJN, and 2:22-MC-00177 JAM-KJN.

13       IT IS FURTHER ORDERED that the Clerk of the Court make

14  appropriate adjustment in the assignment of miscellaneous cases to

15  compensate for this reassignment.

16       IT IS SO ORDERED.

17

18  Dated:  June 17, 2022          /s/ John A. Mendez
                                   _____
                                   THE HONORABLE JOHN A. MENDEZ
19                                 UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28