1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,

12 |         Plaintiff,

13 |     v.

14 | INES S. CROSBY,

15 |         Debtor.

16

17 | CORNERSTONE COMMUNITY BANCORP,

18 |         Garnishee.

19

20

Case No. 2:22-MC-00177-JAM-KJN

**FINAL ORDER OF GARNISHMENT**

Criminal Case No. 2:17-CR-00006-JAM

21      On June 3, 2022, the United States filed an Application for Writ of Garnishment against Ines S.

22 Crosby's ("Debtor") interest in property.  ECF 1.  The Clerk of the Court issued the Writ and Clerk's

23 Notice to Debtor.  ECF 3 and ECF 4.  The United States served the Writ and related documents on

24 Cornerstone Community Bancorp ("Garnishee"), Debtor, and Debtor's spouse.  ECF 2, 8 and 9.

25      On June 28, 2022, Garnishee filed an Acknowledgment of Service and Answer of Garnishee on

26 Debtor, Debtor's spouse and the United States ("Answer").  ECF 12.  In its Answer, Garnishee stated

27 that it has possession of 5,000 shares of CRSB stock with an approximate value of $140,000.00.  *Id*.

28 Neither Debtor nor her spouse claimed an exemption, asked for a hearing, or objected to the Answer.

FINAL ORDER OF GARNISHMENT

1

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on August 9, 2022, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service.  ECF 16. The United States served the findings and recommendations on Debtor and Debtor's spouse on August 9, 2022, and August 25, 2022, respectively.  ECF 17, 18.  Neither Debtor nor her spouse objected and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      The Findings and Recommendations for Final Order of Garnishment (ECF 16) are ADOPTED IN FULL;

2.      Cornerstone Community Bancorp ("Garnishee") is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee within fifteen (15) days of the filing of this Final Order of Garnishment.  Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (2:17-CR-00006-JAM) shall be stated on the payment instrument;

3.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4.      The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

DATED:  September 9, 2022                    /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT

2